■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD STREETER, Appellant. [857 NYS2d 909]—Judgment, Supreme Court, New York County (James A. Yates, J., at hearing; Robert H. Straus, J., at jury trial, sentence and resentence), rendered May 18, 2005, as amended May 9, 2006, convicting defendant of criminal possession of a controlled substance in the second degree and criminal possession of marijuana in the fourth degree, and sentencing him to an aggregate term of 4 1/2 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). We do not find the officer's account of the incident to be so implausible as to require us to reject his testimony.

Pursuant to the Drug Law Reform Act, the court reduced defendant's original sentence from five years to life to 4¹/₂ years, and we perceive no basis for a further reduction. Concur—Tom, J.P., Friedman, Nardelli, Buckley and Renwick, JJ.